# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

OTIS L. BEDWELL

NO.  2020 KW 0208

MAY 0 1 2020

---

In Re:  Otis L. Bedwell, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 15-FELN-032,686

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                          VGW
                          JMG
                          WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.